**FILED**

SEP **9** 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

GABRIEL AGUILAR-HERNANDEZ,        )
              Plainitff,          )
                                  )
      Vs.                         )Case No.  PE:19-VC-00024-DC
                                  )
GEO group, Inc. Contractor,       )
Reeves County Detention CenterIII,)    **JURY TRIAL DEMANDED**
LA VAUGHN GARTON, Warden RCDC III,)
Dr. FAJARDO, Health Service       )
Administrator RCDC III,           )
              Defendant,          )

## SUPPLEMENTAL COMPLAINT

### Relief Sought

Gabriel Aguilar-Hernandez, moves the court to supplemental

his compalint, a copy of which is attached to this document as

Exhibit " A ".

### Grounds for Relief

Plaintiff, makes this document at this time because the

events set forth in the supplemental complaint, have occurred since

the time that the original pleading in this matters were filed,

they are sufficiently related to the issues and allegations that

are already before the court, that their jointer would not unduly

the proceedings and would not prejudice any party, the court not

properly determine the matter currently before it without

consideration of these new facts, and it is the interests of

justice  that al of the issues between the parties be litigated

in a single action.

1. On July 17,2019, the court entered an order [D.E.6], the court requestes the Plaintiff for More Definite Statements, clarifies for the court what people he is suing.

2. On July, Plaintiff submitted a motion for More Definite Statements. The court responded that the submitted document could not add Defendantsthrough this procedure, and could only add Defendants through mechanism of an Amended Complaint. Nonetheless, Plaintiff attempted to add the folloing names to the suit in his response. He is given the opportunity to clarify the names and titles of the people he intends to sue and what each and every person individually did to him and on what date that occurred. Under a Supplemtantal Compalint.

3. Pursuant to the court's order, Plaintiff files this Supplemental Complaint as to matter previously set forth in his Complaint to change the captioned name of the Defendants in the original complaint.

4. That the clerk of the court modify the docket accordingly, in accordance with Plaintiff's intends to substitute the names of the Defendants as in the above captioned Supplemental complaint.

5. Plaintiff clarify to substitute the names of all the Defendants in his original complaint, as follow:

a) GEO Group, Inc., RCDC-III,     for   GEO group, Inc. Contractor
Reeves County DC III                     RCDC-III

b) Warden,                         for   La vaughn Garton Warden,
Reeves County Detention Center           RCDC

c) Health Service Administrator, for    Dr. Fajardo, Health Service
RCDC III                                 Administrator. RCDC III

Plaintiff alleges:

## Parties

1. Plaintiff, Gabriel Aguilar-Hernandez, is an individual who resides in Pecos, Texas, and is a citizen from Guatemala. The Plaintiff is a victim of the Defendants:

(a) Defendant GEO group, Inc., contractor of Reeves County Detention Center III, located in 100 West County Road 204, P.O.Box 2038, Pecos,Texas 79772, It GEO group Inc. has a policy and customs of deliberate indifference to the Plaintiff's serious medical needs, when it failed to supervise and training its effenders employees who caused the Plaintiff's injury as resulted of the unreasonable delay to treatment and care of a broked ankle that Plaintiff Gabriel Aguilar Hernandez suffered during a football soceer game while incarceration in the Reeves County detention Center III, on April 12,2019, and waited 20 days to receive medical treatment of his injury, until MAy 2,2019. Which medical negligence result in the emergency surgery of Plaintiff's right broked ankle, which had encarnated the bone as resulted of the unreasonable delay. GEO group Inc. is sued in its individual and official capacity and under the Texas State-law tort claim. Geo group Inc. is liable for violates the Plaintiff's constitutional right guaranteed by the Eighth Amendment to be free of unusual and cruel punishment.

(b) Defendant La Vaughn Garton, Warden of the Reeves County Detention Center III, She is the official responsible for the security and health of all the prisoner incarcerated in the detention center. She has failed to properly supervise and

training her offendera employees, who caused the Plaintiff's
injury as result of the unreasonable delay to the medical
treatment and care of a broked ankle that Plaintiff Gabriel
Aguilar Hernandez suffered during a football soccer game while
incarceration in the Reeves County Detention Center III, on April
12,2019, and waited 20 days to receive medical treatment and care
of his injury, it was until May 2,2019. Which medical negligence
result in the emergency surgery of the Plaintiff's right broked
ankle, which had encarnated the bone as resulted of the delay.

    Warden La Vaughn Garton, is sued in her individual and
official capacity and under the Texas State-law tort calim. She
is liable for violates the Plaintiff's constitutional rights
guaranteed by the Eighth Amendment to be free of unusual and
cruel punishment, and for deliberate indifference to the
Plainfif's serious medical needs.

    (c) Dr. Fajardo, Health Service administrator of the Reeves
County Detention Center, he is the person incharged of the prove
the proper medical needs of all the prisoners of the Reeves
County Detention Center III, who has failed to prove the Plaintiff
with proper medical needs. As resulted of the delay caused to
the Plaintiff's injury suffered during a football soccer game
while incarceration in it detention center. Dr. Fajardo failed to
proper with the medical teatment and care of a broked ankle that
the Plaintiff suffered in April 12,2019, and waited 20 days to
receive proper medical treatment and care, until May 2,2019.
Which medical negligence result in the emergency surgery of the
Plaintiff's broked ankle, which had encarnated the bone as

resulted to the unreasonabel delay. Dr. Fajardo is sued in his individual and official capacity and under the Texas State-law tort claim. Dr. Fajardo is liable for violates the Plaintiff's cosntitutional right guaranteed by the Eighth Amendment to be free of unusula and cruel punishment amonting to deliberate indifference to the Plaintiff's serious medical neeeds. he was the direct responsible for the medical negligence caused for his medical personnel.

Plaintiff seeks, compensatory damages for all the Defendants in the amount of $ 2,000,000.00, and punitive damages for all the Defendants in the amount of $ 2,000,000.00 for the injury caused against him.

**THEREFORE,** Plaintiff Gabriel Aguilar Hernandez, asks this Honorable Court to Supplemental his Complaint and allow the Clerk of the Court to modify the docket accordingly, with Plaintiff's clarifying  that he intended to substitute the Defendants in his original complaint and for any other relief to which Plaintiff may be entitled.

Dated: <u>09-05-2019</u>

Respectfully submited

<u>G. A H.</u>
Gabriel Aguilar Hernandez
Reg. 86277-083
Reeves County Detention Center
P.O.Box 2038
Pecos,Texas 79772
Pro Se

## CERTIFICATE OF SERVICE

I, herby, certify, that a copy of the foregoing document is mailed to the below listed party this ~5th~ day of September, 2019.

U.S.DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Clerk of the Court
410 South Cedar Street
Pecos, Texas 79772

Respectfully submitted

Gabriel Aguilar Hernandez
Reg.# 86277-083
Reeves County Detention Center
P.O.Box 2038
Pecos,Texas 79772

Gabriel Aguilar-Hernandez
Reg. # 86277-083
Reeves County Detention Center
P.O.Box 2038
Pecos,Texas 79772

CERTIFIED MAIL

7019 0160 0000 4763 1357

RECEIVED

SEP 0 9 RECD

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY

DEPUTY

LEGAL MAIL

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
410 South Cedar Street
Pecos,Texas 79772

SCREENED BY CSO

SEP 09 2019



U.S. POSTAGE

ZIP 79772
02 4W
0000364262 SEP

$ 00
